IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

                Plaintiff

-vs-

GLEN BECKWITH

                Defendant

: CASE NO. 1:12 CR 157

: ORDER ACCEPTING PLEA
: AGREEMENT AND JUDGMENT AND
: NOTICE OF HEARING

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Glen Beckwith which was referred to the Magistrate Judge with the consent of the parties.

      On 28 March 2012, the government filed a one-count indictment against Glen Beckwith for felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On 5 April 2012, a hearing was held in which Glen Beckwith entered a plea of not guilty before Magistrate Judge Kenneth S. McHargh. On 30 May 2012, Magistrate Judge Vecchiarelli received Glen Beckwith's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Glen Beckwith is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Glen Beckwith is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

**7 September 2012 at 9:30 a.m.**

**Courtroom 16B**
**16th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: June 19, 2012

UNITED STATES DISTRICT JUDGE